**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1539**

_____

In re: LARRY DAVIS,

　　　　　　Petitioner.

_____

On Petition for Writ of Mandamus.  (1:17-cv-03002-CCB)

_____

Submitted:  July 19, 2022                     Decided:  July 22, 2022

_____

Before WYNN and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Larry Davis, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Davis petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2254 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has now ruled on Davis' § 2254 petition. *Davis v. Bishop*, No. 1:17-cv-03002-CCB (D. Md. filed June 27, 2022 & entered June 28, 2022). Accordingly, because the district court has recently decided Davis' case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
